# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144191 & (3)

FRANK J. LAWRENCE, JR.,
      Plaintiff,

v                                                                      SC: 144191

BOARD OF LAW EXAMINERS,
      Defendant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.

ZAHRA, J., not participating for the reasons set forth in his previous statement in this case, 490 Mich 935 (2011).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012
                                         Clerk

d0416